UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

TIMOTHY BRYAN LARRIMORE,      )
                              )
        Plaintiff,            )
                              )
    v.                        )      Civil Action No.   08 1132
                              )
JUDGE JAMES C. DEVER, III *et al.*,  )
                              )
        Defendants.           )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that this case is DISMISSED with prejudice as frivolous. This is a final

appealable Order. *See* Fed. R. App. P. 4(a).

Date:  6/20/08

_____
United States District Judge